IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS C. THOMPSON, as Shareholder Representative of Bacterial Barcodes, Inc. | § § § | |
| Plaintiff, | § § | |
| VS. | § § | NO. 4:11-cv-2409 |
| BACTERIAL BARCODES, INC and BIOMÉRIEUX, INC. | § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

The parties have jointly filed a motion to dismiss the case, without prejudice, in light of recently initiated arbitration proceedings. (Docket Entry No. 10). Their motion is granted. The case is dismissed, without prejudice in favor of the arbitration.

SIGNED on December 1, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge